IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY LEE EMBLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:20-cv-00115-DSC |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER</u>

UPON CONSIDERATION of Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g), Plaintiff's consent to that Motion, and the entire record in this case, it is hereby

ORDERED that the final decision of the Commissioner is reversed and this matter is remanded to the Commissioner for further proceedings pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED**.

Signed: March 22, 2021

David S. Cayer
United States Magistrate Judge